(No. 6023- )

St. Alexius Hospital, A Corporation, Claimant, vs. State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed February 17, 1972.*

M. C. Elden, Attorney for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.